UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON REID, | Case No.: 3:10-cv-00733-JSW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| DIVERSIFIED COLLECTION SERVICES, INC, | |
| | Date: July 2, 2010 |
| | **Time: 1:30 p.m.** |
| Defendant. | |

Permission is hereby granted for James D. Pacitti, counsel of record for Plaintiff, Sharon Reid, to participate by telephone in the Case Management Conference scheduled for July 2, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

**DATED:** ___June 2, 2010_____     _____
                                          Honorable Jeffrey S. White

- 1 -

REQUEST OF COUNSEL TO APPEAR AT CMC BY TELEPHONE AND [~~PROPOSED~~] ORDER THEREON