IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON REID,

    Plaintiff,                           No. C 10-00733 JSW

  v.

DIVERSIFIED COLLECTION SERVICES,     **ORDER RE SANCTIONS**
INC.,

    Defendant.
                                           /

       On Friday, July 2, 2010, this Court held the initial case management conference by telephone in this matter. Counsel for Defendant who applied to be heard by telephone did not appear. Counsel who did appear was not on the docket and not lead counsel. In addition, although ordered to call chambers to designate a landline number by no later than July 1, 2010 at 9:00 a.m., Defendant's counsel only called just before the case management conference was scheduled to begin. Having failed to demonstrate good cause, the Court hereby imposes monetary sanctions in the amount of $250.00 to be paid to the Clerk of the Court by no later than July 12, 2010, with proof of such payment to be filed by no later than July 13, 2010.

       **IT IS SO ORDERED.**

Dated: July 6, 2010

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE