JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
TYLER E. FOLCK, State Bar No. 258573
tfolck@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     916.321.4500
Facsimile:     916.321.4555

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
jpacitti@consumerlawcenter.com

Attorneys for Plaintiff,
SHARON REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON REID,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>    Defendant. | CASE NO.  3:10-cv-00733 JSW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE COURT APPOINTED MEDIATION AND DISCOVERY** |

   The parties are in ongoing settlement discussions and believe that expending further attorneys fees on mediation and discovery would adversely impact those discussions.  Therefore, the parties agree and hereby stipulate to request that the last day to complete the court ordered mediation, currently set for September 30, 2010, be extended to November 30, 2010, and the

949515.1 12344.005

- 1 -

1    deadline to complete discovery, currently set for October 30, 2010, be extended to December 15,

2    2010.

3

4    Dated: September 2, 2010                KROHN & MOSS LTD.

5

6

7                                            By: /s/ James D. Pacitti
                                                 James D. Pacitti
8                                                Attorney for Plaintiff
                                                 SHARON REID

9

10   Dated: September 2, 2010                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                             A Professional Corporation
11

12

13                                           By: /s/ Tyler E. Folck
                                                 Tyler E. Folck
14                                               Attorney for Defendant
                                                 DIVERSIFIED COLLECTION SERVICES, INC.

15

16          IT IS HEREBY ORDERED that, pursuant to the parties stipulated request that the

17   deadline to complete the court ordered mediation be extended to November 30, 2010 and the

     deadline to complete discovery, be extended to December 15, 2010.
18

19          Dated: September 2, 2010

20                                           _____

21                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28
     949515.1 12344.005                      - 2 -

     STIPULATION AND ORDER EXTENDING TIME TO COMPLETE COURT APPOINTED MEDIATION AND DISCOVERY
                                     (3:10-CV-00733 JSW)