1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   jpacitti@consumerlawcenter.com
4  Attorneys for Plaintiff,
   SHARON REID
5

6              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
7               **SAN FRANCISCO DIVISION**

8  SHARON REID,                        )  **Case No.: 10-cv-733**
                                       )
9          Plaintiff,                  )  **NOTICE OF SETTLEMENT**
                                       )   **AND ORDER THEREON**
10        vs.                          )
                                       )
11  DIVERSIFIED COLLECTION SERVICES,   )
    INC,                               )
12                                     )
                                       )
13        Defendant.                   )
   _____

14        NOW COMES the Plaintiff, SHARON REID, by and through the undersigned counsel

15  and hereby informs the court that a settlement of the present matter has been reached and is in

16  the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next

17  40 days.

18        Plaintiff therefore requests that this honorable court vacate all dates currently set on

19  calendar for the present matter. The parties shall submit a stipulation of dismissal or a joint
                              status report by no later than November 12, 2010.
20                            Respectfully Submitted,

21  DATED: October 1, 2010      KROHN & MOSS, LTD.

22

23                             By: /s/ James D. Pacitti_____ _

24                                 James D. Pacitti
                                   Attorney for Plaintiff
25

IT IS SO ORDERED
AS MODIFIED
Judge Jeffrey S. White

- 1 -

Notice of Settlement