**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHARON REID, | Case No.: **10-cv-733** |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC      Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 2, 2010

*Jeffrey S. White*

The Honorable Judge
United States District Judge

---

[~~Proposed~~] Order

1